# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER CLARK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 6:14-CV-03413-DGK |
| GENERAL MOTORS, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER REGARDING DISBURSEMENT OF PAYMENTS

The Court having been advised by the Court's finance department that the principal amount being held in the Court's registry is $1,532,716.63, along with $510.69 in interest as of November 30, 2015, it is hereby ORDERED that the Judgment and Order Conditionally Approving Settlement of Wrongful Death Claim (Doc. 18) is amended as follows:

Payments from the principal amount of $1,532,716.63, shall be disbursed as follows:

$708,750.00 to the Law Offices of James S. Rogers as attorneys' fees
$4,786.34 to the Law Offices of James S. Rogers as reimbursement for fees and expenses
$236,250.00 to PalmerOliver as attorneys' fees
$202.30 to PalmerOliver as reimbursement for fees and expenses
$466,182.39 to Plaintiff Jennifer Clark
$58,272.80 to Kathy Matney
$58,272.80 to Allen Clark

Any accrued interest shall be disbursed at 80% to Plaintiff Jennifer Clark, 10% to Kathy Matney and 10% to Allen Clark.

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: December 10, 2015