# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER CLARK, | ) |
|     Plaintiff, | ) ) ) |
| v. | )     No. 6:14-CV-03413-DGK |
| GENERAL MOTORS, LLC, | ) ) ) |
|     Defendant. | ) |

## JUDGMENT AND ORDER APPROVING SETTLEMENT

Pending before the Court is plaintiff's Release and Application for Approval of Settlement and Apportionment of Settlement Proceeds (Doc. 25). The Court recognizes that plaintiff Jennifer Clark, Kathy Matney, and Allen Clark have executed a General Motors Ignition Switch Claims Resolution Facility Release of All Claims, releasing defendant GM, LLC, from any and all claims arising out of the January 12, 2011, accident involving decedent Nathan A. Clark as referenced in plaintiff's petition. The Court enters judgment approving settlement in the amounts reflected in the Court's Order Regarding Disbursement of Payments (Doc. 24) and Exhibit A to Plaintiff's application (Doc. 25). This case is dismissed in its entirety.

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date:   December 28, 2015